IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WOODROW MILTON BUTLER,

    Appellant,

v.

    Case No.  5D22-1533
    LT Case No. 2018-CF-2287-G

STATE OF FLORIDA,

    Appellee.
_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

Matthew J. Metz, Public Defender,
and Robert Jackson Pearce, III,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.